**Opinion issued October 22, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00207-CV

————————————

## JOE PAYTON LEE, Appellant

## V.

## RITA LEMONS, Appellee

On Appeal from the 151st District Court
Harris County, Texas
Trial Court Case No. 2000-34109

## MEMORANDUM OPINION

Appellant, Joe Payton Lee, has failed to timely file a brief. *See* TEX. R. APP.
P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to
file brief). After being notified that this appeal was subject to dismissal, appellant
did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary

dismissal of case). Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.